# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MITCHELL COOK

NO. 2021 KW 0848

**OCTOBER 18, 2021**

---

In Re: Mitchell Cook, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 1879-F-2021, 1880-F-2021.

---

**BEFORE: LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT GRANTED.** The trial court is ordered to proceed toward disposition of relator's motion for preliminary hearing, filed May 10, 2021, motion to quash, filed May 10, 2021, and writ of habeas corpus, filed June 29, 2021, if it has not already done so.

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.